State v. Frazier

STATE OF NORTH CAROLINA v. JOHNNY FRAZIER

No. 22

(Filed 10 October 1973)

APPEAL by defendant from *Grist, J.,* at the 2 April 1973 Regular Schedule B Session of MECKLENBURG Superior Court.

*Attorney General Robert Morgan and Special Counsel Ralph Moody for the State.*

*Edward T. Cook for defendant appellant.*

PER CURIAM.

On 14 March 1973, this Court remanded this case to the Superior Court of Mecklenburg County for judgment imposing a life sentence for the first degree murder of Carla Jean Underwood. *State v. Frazier,* 283 N.C. 99, 195 S.E. 2d 33. Judge Grist pronounced judgment in exact accord with the directions of this Court in its order of remand. Upon defendant's appeal therefrom, the judgment pronounced by Judge Grist is affirmed.

Affirmed.